UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                             :

EUGENE WINFREY,                                              :

                            Plaintiff,     :

                                         :                      26-CV-2249 (VSB)
                    -against-                           :

                                         :                           **ORDER**

IHEART MEDIA, *et al.*                                       :

                                         :

                           Defendants.     :

                                         :
------------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        On June 8, 2026, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).  (Doc. 19.)  "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint."  *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020).  Accordingly, it is hereby:

        ORDERED that Defendants shall file a letter within seven (7) days deciding whether their motion to dismiss, (Doc. 11), should be deemed moot without prejudice to refile a new motion to dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3), or if I should evaluate Defendants' current motion to dismiss in light of the facts alleged in the amended complaint.

SO ORDERED.

Dated:         June 18, 2026
                  New York, New York

                                                Vernon S. Broderick
                                                United States District Judge