UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                        :

EUGENE WINFREY,                    :

                      :

              Plaintiff,    :

                      :                   26-CV-2249 (VSB)

         -against-        :

                      :                      **ORDER**

IHEART MEDIA, *et al.*         :

                      :

            Defendants.   :

                      :
-------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On June 8, 2026, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).  (Doc. 19.)  On June 18, 2026 I issued a shorter requesting Defendants' views on whether Defendant Vanguard's previously filed motion to dismiss, (Doc. 11), should be considered moot in light of this amended filing.  Defendant Vanguard responded on June 25, 2026, agreeing that I should deem their motion moot, as the amended complaint no longer includes it as a defendant.  (Doc. 23.)  I also received a letter Defendant Pacific Investment Management Co. LLC, requesting that its deadline to respond to the amended complaint be vacated as the amended complaint also no longer includes it as a defendant.  (Doc. 29.)  Defendants Pacific Investment Management Co. LLC, Media Ent. Investments LTD, Black Rock Inc., and Vanguard have been terminated as Defendants.

Accordingly, it is hereby:

ORDERED that the motion to dismiss filed at Doc. 11 is DENIED as moot.  The Clerk of Court is respectfully directed to terminate the open motion at Doc. 11.

Further, it is ORDERED that Pacific Investment Management Co., LLC's deadline to respond to the amended complaint is vacated, as are the deadlines for all terminated defendants in this case.  The Clerk of Court is respectfully directed to close the open motion at Doc. 29.

SO ORDERED.

Dated:          June 29, 2026
                New York, New York

Vernon S. Broderick
United States District Judge