USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/27/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE WINFREY,

Plaintiff,

-against-

IHEART MEDIA, et al.,

Defendants.

26-CV-2249 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On June 29, 2026, defendants iHeartMedia, Inc. and iHeart Music (collectively iHeart) moved to dismiss plaintiff's amended complaint, *see* Dkt. 31, making plaintiff's opposition due by July 16, 2026. *See* Local Civ. R. 6.1(b). That date has come and gone, but plaintiff has not submitted any opposition to iHeart's motion. On July 24, 2026, iHeart filed a letter to "advise the Court that Defendants' motion to dismiss is unopposed." Dkt. 34. However, in recognition that plaintiff is proceeding pro se, the Court hereby EXTENDS plaintiff's deadline to submit his papers in opposition to iHeart's motion to dismiss until **August 17, 2026**. **If plaintiff fails to oppose iHeart's motion to dismiss by that date, his claims against iHeart may be dismissed.**

Plaintiff is reminded that he may receive court documents electronically (rather than waiting for them to be mailed) by completing and submitting a Consent to Electronic Service form, available at: https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

Dated: New York, New York
July 27, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**